IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) |
| vs. | ) 1:9500029-005 |
| Kenneth Raposa,<br>Defendant. | ) |

SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid in full or otherwise satisfied, the Clerk of the United States District Court for the District of Rhode Island is hereby authorized and empowered to cancel the monetary portion of said judgment of record.

Respectfully submitted,
UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney
Bar No. 2919
50 Kennedy Plaza,
8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: michael.iannotti@usdoj.gov